FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 29 2013

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**JASON LOERA,**<br><br>    Defendant. | CRIMINAL NO. 13-1876<br><br>Counts 1 and 2: 18 U.S.C. §§ 2252(a)(2) and (b)(1): Receipt of Visual Depiction of Minor Engaged in Sexually Explicit Conduct;<br><br>Count 3: 18 U.S.C. §§ 2252(a)(4) and (b)(2): Possession of Visual Depiction of Minor Engaged in Sexually Explicit Conduct |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about September 6, 2009, in Bernalillo County, in the District of New Mexico, the defendant, **JASON LOERA**, did unlawfully and knowingly receive a visual depiction, which visual depiction had been mailed and shipped and transported in interstate and foreign commerce, and which contained materials which had been so mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, the production of which visual depiction involved the use of a minor engaged in sexually explicit conduct and is of such conduct, to wit: 12402613155.jpg.

In violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## Count 2

On or about September 6, 2009, in Bernalillo County, in the District of New Mexico, the defendant, **JASON LOERA** did unlawfully and knowingly receive a visual depiction, which visual depiction had been mailed and shipped and transported in interstate and foreign commerce, and which contained materials which had been so mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, the production of which visual depiction involved the use of a minor engaged in sexually explicit conduct and is of such conduct, to wit: 1238305809530.jpg.

In violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## Count 3

On or about February 20, 2010, in Bernalillo County, in the District of New Mexico, the defendant, **JASON LOERA**, did unlawfully and knowingly possess a Dell Laptop computer, serial number unknown, containing an internal Hitachi 80 GB hard drive, model HTS541080G9AT00, serial number MPB4PAX6JD264M, containing a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials which had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct and is of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney