FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 03 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 13-1876 JB |
| | ) | |
| vs. | ) | Counts 1-3: 18 U.S.C. §§ 2252(a)(2), 2252(b)(1), and 2256: Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct; |
| **JASON LOERA**, | ) | |
| Defendant. | ) | Counts 4-6: 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2), and 2256: Possession of Matter Containing Any Visual Depiction of a Minor Engaged in Sexually Explicit Conduct. |

S E C O N D   S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges:

Counts 1-3

On or about each of the dates set forth below, in the District of New Mexico, the defendant, **JASON LOERA**, did knowingly receive a visual depiction, which visual depiction had been received using any means and facility of interstate and foreign commerce, and which visual depiction had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which visual depiction contained materials which had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and is of such conduct.

| Count | On or about date | Name of .rar file(s) or folder in which visual depiction was contained |
|---|---|---|
| 1 | March 31, 2010 | ACVP |
| 2 | April 2, 2010 | MG.part1.rar, MG.part2.rar, MG.part3.rar, YM.part1.rar, YM.part2.rar, YM.part3.rar |
| 3 | April 15, 2010 | 1271353272.rar |

In violation of 18 U.S.C. §§ 2252(a)(2), 2252(b)(1), and 2256.

## Count 4

On or about November 20, 2012, in Bernalillo County, in the District of New Mexico, the defendant, **JASON LOERA**, did unlawfully and knowingly possess matter, namely, a Dell Laptop computer with an internal Hitachi 80 GB hard drive, model HTS541080G9AT00, serial number MPB4PAX6JD264M, that contained any visual depiction, other than a visual depiction contained in the .rar files or folder set out in Counts 1-3 above, that had been mailed, and had been shipped and transported using any means and facility of interstate and foreign commerce, and had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and is of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2), and 2256.

## Count 5

On or about November 20, 2012, in Bernalillo County, in the District of New Mexico, the defendant, **JASON LOERA**, did unlawfully and knowingly possess matter, namely, a Maxell CD, identified by the New Mexico Regional Computer Forensics Laboratory as NM000912, that contained any visual depiction, other than a visual depiction contained in the .rar files or folder set out in Counts 1-3 above, that had been mailed, and had been shipped and transported using any means and facility of interstate and foreign commerce, and had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and is of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2), and 2256.

## Count 6

On or about November 20, 2012, in Bernalillo County, in the District of New Mexico, the defendant, **JASON LOERA**, did unlawfully and knowingly possess matter, namely, a Maxell CD, identified by the New Mexico Regional Computer Forensics Laboratory as NM000913, that contained any visual depiction, other than a visual depiction contained in the .rar files or folder set out in Counts 1-3 above, that had been mailed, and had been shipped and transported using any means and facility of interstate and foreign commerce, and had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and is of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2), and 2256.

## FORFEITURE ALLEGATIONS

Upon conviction of any offense alleged in this indictment, the defendant, **JASON LOERA**, shall forfeit to the United States pursuant to 18 U.S.C. §§ 2252 and 2253:

(A)  Dell Laptop computer with an internal Hitachi 80 GB hard drive, model HTS541080G9AT00, serial number MPB4PAX6JD264M;

(B)  Maxell CDs, identified by the New Mexico Regional Computer Forensics Laboratory as NM000912, NM000913, NM000914, and NM000915;

(C)  Any other seized computer or computer-related media that contains evidence or was an instrumentality of a violation of 18 U.S.C. § 2252.

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
3/2/2016 10:03 AM