# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 13-1876 JB | UNITED STATES vs. Loera |
|---|---|

**Before The Honorable William P. Lynch, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | 4/22/2016 | Time In and Out: | 10:21 am-10:36 am |
| Clerk: | C. Lopez | Digital Recording: | ABQ-Gila |
| Defendant: | Jason Loera | Defendant's Counsel: | Jerry Walz |
| AUSA: | Kristopher Houghton | Interpreter: | [Select]   ☐ Sworn   ☐ Waived |

| | |
|---|---|
| ☒ | Defendant Sworn     ☐ First Appearance |
| ☒ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. |
| ☒ | Deft acknowledges receipt of: **Indictment** |
| ☐ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |
| ☒ | Terms and conditions of proposed plea agreement explained.    ☒ Defendant indicates understanding of its terms. |
| ☒ | Factual predicate to sustain the plea provided. |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). |
| ☒ | Deft pleads GUILTY to: **Indictment** |
| ☒ | Allocution by Deft on elements of charge(s). |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| ☒ | Deft adjudged guilty. |
| ☒ | Acceptance of plea agreement deferred until final disposition hearing by district judge. |
| ☒ | Sentencing Date: **to be notified** |
| ☐ | Defendant to Remain in Custody |
| ☒ | Present conditions of release continued     ☐ Conditions changed to: |
| ☐ | Penalty for failure to appear explained |
| ☒ | Presentence Report Ordered     ☐ Expedited (Type III) |

Other Matters:
EXCEPTIONAL CIRCUMSTANCES FOUND TO ALLOW DEFENDANT TO CONTINUE ON RELEASE; THE DEFENDANT WILL BE REQUIRED TO SELF SURRENDER ON 6/1/2016 IN CALIFORNIA