IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 13-1876 JB |
| | ) | |
| JASON LOERA, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' SUPPLEMENT TO RESPONSE
TO DEFENDANT'S SENTENCING MEMORANDUM**

The United States respectfully submits the attached victim impact material for the Court's

sentencing consideration, as referenced in the United States' Response to Defendant's Sentencing

Memorandum.  *See* Doc. 172 at ¶ 15.

Respectfully submitted,

JAMES D. TIERNEY
Acting United States Attorney

*Filed Electronically May 19, 2017*
KRISTOPHER N. HOUGHTON
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that I filed the
foregoing electronically through the
CM/ECF system, which caused
counsel of record to be served by
electronic means, as more fully
reflected on the Notice of Electronic
Filing.

_____/s/_____
Kristopher N. Houghton
Assistant United States Attorney

1